06-779

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) **Harold P. Scott   149882**
　　(Name of Plaintiff)　　(Inmate Number)

**Del Corr Center Smyrna De   19977**
(Complete Address with zip code)

(2) _____
　　(Name of Plaintiff)　　(Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) **David J. Facciola**

(2) _____

(3) _____
　　(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06-779

311

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

**David J. Facciola**

**Employed, Public Defender
820 N. French Street
Wilm, De    office
                      19801**

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  • (Yes)  • • No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes  • •(No)

C.  If your answer to "B" is Yes:

  1. What steps did you take? _____

  2. What was the result? _____

D.  If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: DAVid J. Facciola

Employed as Public Defender at 820 N. French Street

Mailing address with zip code: Public Defender's office
19801

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. DAVID J. FACCIOLA — DATE - 10/01/06 Delaware Correctional Center 1181 Paddock Road Smyrna, De. 19977

2. I explained to David J. Facciola That My Good-Time and Sentence Order Are Not the Same - This is the Third Time This Has Happend. ~~[struck out]~~

3. I Received 6 mon Level 4 Half-way House. And 1 yr at Level 3 for 1 yr and 6 mon Level 2

   Charges Burg and Theft (M) 8 yr Sentence After 5 yrs Sus - for 3 yr's Level 4 - After 6 mon Level 4 - 1 yr Level 3 for 1 yr 6 mo Level 2 Guide lines - This was a V/OP

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. After 6 mon of Level 4 I was sent to Level 5 of which date 08/16/04 All I can say is Help!! Can I Go Home? They should of sent Me Back on The Street — It was a V/OP

2. I was given 6mon w'R. 1y-1y 6 Probation Level 3-2
They sent me to prison

N/A     I've been in 2y 6mon
        All I had was 6mon —
        I'm asking to be Released

3.      N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of 12-Dec Mon-, 2006.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

IM/HAROLD P. GIATT
SBI# 149882  UNIT 17-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk U.S. District Court
Lock Box 18
844 N. King Street
Wilm, De
19801

