HAROLD P. SCOTT

12/17/06

Please send me court dockett — 311  # CR 729 731

As Soon As Possible !   1°   YR 1983 1985
                              1984
                              1985

06-779

FILED
DEC 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE