06-779 ***   12/30/06

HAROLD P. SCOTT
SBI# 149882
DE CRR Center
1181 Paddock Road
Smyrna, DE 19977

(Default)

FILED
JAN - 8 2007
MARY PAT THYNGE
U.S. MAGISTRATE JUDGE

In Support of this Letter, I mentioned that It HAD Happend again I was Awarded $ The last time on or About 1983 you HAVE CASE # 311 My Situation is this And then I'm going to Close

STAtus-Sheet / Work order
Without Information is How it Happend!

         MED      STRD
08/17/04  08/16/06  06/17/06  BurG 2nd  729
                       2yrs     CASE# (725)
08/16/04  08/15/07  05/11/07  Theft (M)  731
                     1YR

UNDER TIS - 2yrs 6 mon 18-mon        32 days
        1yr 4 mon 8-mon          for Both Charges.
Sentence ORDER 6 mon W.R.)

I've Done 2, 6mon on A Simple V/OP NO New Charges -
V/OP O/C Collen Dragon.    MARY PAT Thynge / [signature]

IM HAROLD P. Stoll
SBI# 14982  UNIT 17-IL-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S X-RAY

WILMINGTON DE 197
03 JAN 2007 PM 2 T

MARy PAT THYNGE (5)
United State District Court
844 N. King Street
Wilm, De
19801