01/18/07
06-779

Harold. Scott
1/20/64 — I'm Trying not Too Cite any cases
14980 Also I'm Trying not To File Any more
Motions like A Motion For ===

② Default of Judgement
⑦ 311-729) AWARD. Send court Docket
of 311-729 AWARD



FILED
JAN 23 2007
BO Scanne
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM HAROLD V. SCOTT
SBI# 149882 UNIT 17-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 JAN 2007 PM 1 T



District Court #5
844 N. King Street L-B18
Wilm, De
19801

RECEIVED
JAN 2007
Delaware Correctional Center