IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HAROLD P. SCOTT,                        )
                                        )
            Petitioner,                 )
                                        )
v.                                      )    Civil Action No. 06-779-***
                                        )
DAVID J. FACCIOLA, and                  )
ATTORNEY GENERAL OF                     )
THE STATE OF DELAWARE,                  )
                                        )
            Respondents.                )

**FILED**

FEB – 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*BD scanned*

**AEDPA ELECTION FORM**

1. _Yes_    I agree that my pending complaint is a petition for federal habeas relief filed pursuant to 28 U.S.C. § 2254.  I am filing a proper form for federal habeas relief pursuant to 28 U.S.C. § 2254 along with this election form, and I wish the court to rule on the grounds asserted in my form § 2254 petition.  I realize that the law does not allow me to file successive or later petitions  unless I receive certification to do so from the United States Court of for the Third Circuit;  therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _N/A_    I agree that my pending complaint is a petition for federal habeas relief filed pursuant to 28 U.S.C. § 2254.  However, I wish to amend my § 2254 petition to include all the grounds I have.  I will complete and file a proper form § 2254 petition with all my grounds and amendments within thirty (30) days.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _N/A_      I agree that my pending complaint is a petition for federal habeas relief filed pursuant to 28 U.S.C. § 2254. However, I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). *See Swartz v. Meyers*, 204 F.3d 417 (3d Cir. 2000).

4. _____      I do not agree with the court's re-characterization of my complaint as a § 2254 petition because I am not seeking federal habeas corpus relief. I am instead seeking relief under *Conviction of sentence*.

_____
Petitioner



INM. HARRIS Scott
SBI# 149882 UNIT 17-one
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United State District Cover 5
844 N. King Street Lockbox 18
Wilm De
19801