D.I. #_____

# CIVIL ACTION
# NUMBER: 06-779

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



FILED
FEB 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE