D.I. #_____

# CIVIL ACTION
# NUMBER: 06-779

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

