D.I. # _____

# CIVIL ACTION
# NUMBER: 06cv779 \*\*\*

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Beatrice Oney*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Beatrice Oney   C. Date of Delivery: 2/13/0<br>D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1820 0004 3169 7333 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |



FILED
FEB 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned