HAROLD/SCOTT   5            03/13/07
014988 2                   Send, Exhibits And
                            Documents.

In Response To letter dated Feb, 12 2007
From District Court District of Delaware

ORDER

"AT Wilm, This 12 DAY of Feb, 2007
It is Hereby ORDERED THAT:
③ within Forty-Five (45) days of Service.

PETITIONER, is MAKing A ORAl motion of
DeFAUlT of Judgement - Please MAke Notice

Please Take Notice of Related Cases — 101378
                                        00358

Judge - MARY PAT Thynge

HAROLD l. SCOTT

06cv779 ***

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 31, 2007

TO: Harold Pete Scott
    SBI #149882
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

   RE:  *Request for Copywork;* 06-779(***)

Dear Mr. Scott:

   A letter has been received by the Clerk's office from you requesting a copy of the docket sheet.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad
                                    PETER T. DALLEO
                                    CLERK

cc: The Honorable Mary Pat Thynge
enc: Docket Sheet

IM. HAROLD SCOTT
SBI# 149889  UNIT 17-A1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

WILMINGTON DE 197
14 MAR 2007 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street,
Wilm, De
19801