# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HAROLD P. SCOTT**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-779-*** |
| **THOMAS CARROLL**, Warden, and **JOSEPH R. BIDEN, III**, Attorney General of the State of Delaware, | : |
| Respondents. | : |

## ORDER

This __10__ day of __April_____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before May 4, 2007.

_____
United States ~~District~~ Ju~~dge~~
Magistrate