HAROLD P. SCOTT     #5           April – 12/07
         v. Petitioner          → P/O Colleen Dragon
Thomas Carroll, Warden            Civ. Act. No 06-779-
And Joseph R. Biden, III Attorney
General of the state of Delaware

Petitioner,

In Reading Respondents Answer is Speculative Please Note The following facts:

1. Petitioner Has June 19th 1998 Sentence Order
2. Offender Status Sheet Dated: 03/12/07
3. V/op Sentence Order

Respondents Answer is the same as V/op Sentence Order I Can't Say Nothing!
Petitioner Has Case Law At Home Put Away

Pg Three 3, Respondents Have been unable to Acertain any Judgments that have been Awarded to Scott – Civ. Act. No. 711
                                                                83 – 711
I Need to see both V/op Speculative –
There Was No mention As to Tis sentence –
There's No Transcripts of April 30, 2004 And Sept 8, 04 V/op

Petitioner Pray that the Court Grant the Petition. May 4 inadequate   Harold P Scott

Please Note Exhibit 1,2,3

\# 5

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

vs.

HAROLD P SCOTT

Alias: HOWARD P SCOTT

DOB:         1964
SBI: 00149882

*[Handwritten note: ON THE FACE — I HAVE STATUS-SHEET WITH DATES. PETITIONER DIDN'T GET NEW CHARGES.]*

CASE NUMBER:
9612012949

CRIMINAL ACTION NUMBER:
VN97-01-0729-02
  VIOL O/PROBATN
    ORIG. CHARGE:
    BURGLARY 2ND(F)
VN97-01-0731-02
  VIOL O/PROBATN
    ORIG. CHARGE:
    THEFT < $1000(M)

COMMITMENT

VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS  8TH DAY OF SEPTEMBER, 2004, IT IS THE ORDER OF
THE COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:

AS TO VN97-01-0729-02 : TIS 11 Del.C.08250001FD
VIOL O/PROBATN - FOUND IN VIOLATION

Effective August 17, 2004  the defendant is sentenced
as follows:

- The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5

AS TO VN97-01-0731-02 : TIS 11 Del.C.0841000AMA
VIOL O/PROBATN - FOUND IN VIOLATION

- The defendant is placed in the custody of the Department
of Correction for 1 year(s) at supervision level 5

**APPROVED ORDER**       1        January 24, 2007 11:01

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STATE OF DELAWARE<br>V.<br>HAROLD P SCOTT<br><br>DOB:        64<br>SBI: 00149882 | CASE NO. 9612012949<br>CR.A. NO. IN97010729<br><br>CHARGE: BURGLARY 2ND<br><br>CHARGE DISP: TRIAL - GUILTY |

SENTENCE ORDER

NOW, THIS 19TH DAY OF JUNE, 1998, IT IS THE ORDER OF THE COURT THAT:

THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

THE DEFENDANT IS TO PAY THE COST OF PROSECUTION. COSTS ARE HEREBY SUSPENDED.

EFFECTIVE March 21,1998, THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS AT SUPERVISION LEVEL 5   FOR A PERIOD OF 8 YEARS. THE DEFENDANT SHALL BE GIVEN CREDIT FOR 32 DAYS PREVIOUSLY SERVED.

AFTER SERVING 5 YEARS AT SUPERVISION LEVEL 5, THIS SENTENCE IS SUSPENDED FOR 3 YEARS AT SUPERVISION LEVEL 4 - HALF-WAY HOUSE. AFTER SERVING 6 MONTHS AT SUPERVISION LEVEL 4, THIS SENTENCE IS SUSPENDED FOR 2 YEARS 6 MONTHS AT SUPERVISION LEVEL 3. AFTER SERVING 1 YEAR AT SUPERVISION LEVEL 3, THIS SENTENCE IS SUSPENDED FOR 1 YEAR 6 MONTHS AT SUPERVISION LEVEL 2.

THE DEFENDANT IS TO BE HELD AT SUPERVISION LEVEL 5 UNTIL SPACE IS AVAILABLE AT SUPERVISION LEVEL 4.

PAGE 001 OF 4

# Offender Status Sheet

Date: 03/12/2007

| SBI #: | 00149882 | Name: HAROLD P SCOTT | | Sex: M | |
|---|---|---|---|---|---|
| Location(s): | DCC | Level(s): 5 | Race: BLACK | DOE 1964 | Sex Offender: [ ] |
| AKA: | HOWARD P SCOTT | | Officer(s): | | |
| Offender Type: | Sentenced | | | | |

| Start Date: 08/17/2004 | MED: 08/15/2004 | STRD: 05/11/2007 | ADJ: 05/11/2007 | Level: 5 | PED: | Statutory Days Earned: 96.00 |

| CASE# Court/Type | CRA# Judge | Charge Desc/ Sen.Type/Sentence Date | Status/ Eff.Date | Length Y M D | Start Dt | MED | STRD | Adj.Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|
| 9612012949 U7 | VN9701072902 Jerome O Herlihy | VIOL O/PROBATN STANDARD 09/08/2004 | Current 08/17/2004 | 2 0 0 | 08/17/2004 | 08/16/2006 | 06/17/2006 | 06/17/2006 | | |
| 9612012949 U7 | VN9701073102 Jerome O Herlihy | VIOL O/PROBATN STANDARD 09/08/2004 | Current 08/17/2004 | 1 0 0 | 08/16/2006 | 08/15/2007 | 05/11/2007 | 05/11/2007 | | |

Special Conditions:

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN9701072902 | 5 | CRT1 | Other Conditions: | AS TO 97-01-0729 (ORIGINAL CHARGE = BURGLARY 2ND); SENTENCED TO 2 YEARS LEVEL 5. |
| VN9701073102 | 5 | CRT1 | Other Conditions: | AS TO 97-01-0731 (ORIGINAL CHARGE = THEFT); SENTENCED TO 1 YEAR LEVEL 5. * SENTENCE CALCULATION DATED 09/08/04 DEDUCTED STATUTORY GOODTIME INCORRECTLY. * TJD |

*[Handwritten annotations: "No JH", "No New Charges TIS"]*

I/M HAROLD P. Scott
SBI# 149882  UNIT 17-A1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street
Wilm, De
19801