IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HAROLD P. SCOTT**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 06-779-*** |
| | : |
| **THOMAS CARROLL**, Warden, | : |
| and **JOSEPH R. BIDEN, III**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.      The petitioner, Scott P. Harold, has applied for federal habeas relief challenging September 2004 sentence for a violation of probation. D.I. 11. The undersigned filed an answer to the petition on April 10, 2007.

2.      By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.      Due to the large volume of record retrieval required by prosecutors in the appeals division and scheduling conflicts, the undersigned has been unable to obtain the certified state court records as of yet. Consistent with office policy, the designated attorney responsible for retrieving the records must schedule and prioritize all record retrieval. That attorney has run into significant scheduling problems, but he has represented to the undersigned that he anticipates retrieving the records by the end of the month. Thus, the undersigned anticipates obtaining and copying the records on or before May 30, 2007.

      4.      Respondents submit that an extension of time to May 30, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                                   /s/ Elizabeth R. McFarlan
                                                 Deputy Attorney General
                                                 Department of Justice
                                                 820 N. French Street
                                                 Wilmington, DE 19801
                                                 (302) 577-8500
                                                 Del. Bar. ID No. 3759
                                                 elizabeth.mcfarlan@state.de.us

Date:  May 3, 2007

**RULE 7.1.1 CERTIFICATION**

     I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                                                 /s/ Elizabeth R. McFarlan
                                                 Deputy Attorney General

                                                 Counsel for Respondents

Date: May 3, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HAROLD P. SCOTT**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-779-*** |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before May 30, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 3, 2007, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on May 3, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

    Harold P. Scott
    SBI No. 149882
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us