IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HAROLD P. SCOTT**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-779-*** |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief (No. 311, 1998)

    b. State's Answering Brief (No. 311, 1998)

    c. Appellant's Reply Brief (No. 311, 1998)

    d. Order (Apr. 29, 1999) (No. 311, 1998).

2. Notice is also hereby given that a certified copies of the following Delaware Superior Court documents in case ID 9602004030 have also been manually filed with the Court and are available in paper form only:

    a. Criminal Docket

    b. Letter from Scott to Records Department (May 15, 1996) (Dkt. Item 6)

    c. Plea Agreement (Dkt. Items 23 & 24)

    d. Sentence Order (Nov. 27, 1996) (Dkt. Item 26)

    e. Capias (July 2, 1997)

    f.  Violation of Probation Sentence Order (Sept. 18, 1997) (Dkt. Item 29)

    g.  Violation of Probation Sentence Order (Apr. 30, 2004) (Dkt. Item 31)


|  |  |
|---|---|
|  | <u>/s/ Elizabeth R. McFarlan</u><br>Deputy Attorney General (Del. Bar. ID #. 3759)<br>Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 577-8500 |
| May 14, 2007 | elizabeth.mcfarlan@state.de.us |

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 14, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on May 14, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Harold P. Scott
    2715 Corston Place, Apt. 1
    Wilmington, DE 19801

                                                    /s/ Elizabeth R. McFarlan
                                                    Deputy Attorney General
                                                    Department of Justice
                                                      820 N. French Street
                                                    Wilmington, DE 19801
                                                    (302) 577-8500
                                                    Del. Bar. ID No. 3759
                                                    elizabeth.mcfarlan@state.de.us