IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
JUL - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HAROLD PETE SCOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. A. No. 06-779-*** |
| ) | |
| THOMAS CARROLL, Warden, ) | |
| and ATTORNEY GENERAL OF ) | |
| THE STATE OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

## ORDER

At Wilmington this _9_ day of July 2007;

IT IS ORDERED that:

Petitioner Harold Pete Scott's motion for default judgment is DENIED as moot.

(D.I. 17) The State timely filed its answer on April 10, 2007. See (D.I. 18; D.I. 19)

Honorable Mary Pat Thynge
U.S. Magistrate Judge