IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HAROLD P. SCOTT,                      :
                                      :
          Petitioner,                 :
                                      :
v.                                    :     Civil Action No. 06-779-***
                                      :
ELIZABETH BURRIS, Acting              :
Warden, and JOSEPH R.                 :
BIDEN, III, Attorney General          :
of the State of Delaware,             :
                                      :
          Respondents.                :

**O R D E R**

At Wilmington, this ⎯⎯ day of February, 2008, for the

reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  Petitioner Harold P. Scott's Application For A Writ Of

Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 11.) is

**DISMISSED**, and the relief requested therein is **DENIED**.

2.  The Court declines to issue a certificate of

appealability, because Petitioner has failed to satisfy the

standards set forth in 28 U.S.C. § 2253(c)(2).

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
UNITED STATES DISTRICT JUDGE