



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Harold Peté Scott
SBI #149882
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Utility Events

1:06-cv-00779-*** Scott v. Carroll et al

HABEAS, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 2/1/2008 at 3:54 PM EST and filed on 2/1/2008
**Case Name:**      Scott v. Carroll et al
**Case Number:**     1:06-cv-779
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned from the Vacant Judgeship to Judge Joseph J. Farnan, Jr. Please include the initials of
the Judge (JJF) after the case number on all documents filed. (rwc)

**1:06-cv-779 Notice has been electronically mailed to:**
Elizabeth Roberts McFarlan elizabeth.mcfarlan@state.de.us

**1:06-cv-779 Notice has been delivered by other means to:**

Harold Pete Scott
SBI #149882
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977